IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re: <br><br> MATTHEW CURTIS WITT <br><br>   Debtor. | Case No. 17-17630 MER <br><br> Chapter 7 |
| REKON, LLC <br><br>   Plaintiff <br><br> v. <br><br> MATTHEW CURTIS WITT <br><br>   Defendant. | Adversary No. 17-1548 MER |

**ORDER**

    THIS MATTER comes before the Court on the Motion to Quash Non-Judicial Subpoenas filed by Noel West Lane, III on behalf of David Kahn. Pursuant to Local Bankruptcy Rule 7026-1(d), no written discovery motions are permitted to be filed. Accordingly,

    THE COURT DENIES the Motion.

Dated February 26, 2019        BY THE COURT:

                                          Michael E. Romero, Chief Judge
                                          United States Bankruptcy Court