# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding

| April 10, 2019 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>MATTHEW CURTIS WITT,<br><br>Debtor. | Case No. 17-17630 MER<br><br>Chapter 7 |
| REKON, LLC,<br><br>Plaintiff.<br><br>v.<br><br>MATTHEW CURTIS WITT,<br><br>Defendant. | Adversary Proceeding No. 17-01548 MER |

Appearances:

| Plaintiff | Rekon, LLC | Counsel | Patrick Vellone; Rachel Sternlieb |
|---|---|---|---|
| Defendant | Matthew Curtis Witt | Counsel | Shaun Christensen |
| Other | Noel West Lane III | Counsel | *Pro se* |

Proceedings:
- Plaintiff Rekon, LLC's, Motion for Enlargement of Time to Conduct Discovery and Extend Deadlines in this Adversary Case (ECF No. 54) and Defendant Matthew Curtis Witt's response thereto (ECF No. 60);

- Defendant's Motion to Compel Production of Documents from Noel West Lane III (ECF No. 61) and Noel West Lane III's response (ECF Nos. 63, 64); and

- Rekon, LLC's Motion for Order to Show Cause Why Noel West Lane III Should Not Be Held in Contempt of Court for Failure to Comply with Subpoena and Court Order for the Production of Documents (ECF No. 62) and Noel West Lane III's response (ECF No. 65).

---

Orders:

For the reasons stated on the record, the Federal Bureau of Investigation shall have fourteen (14) days to file any statement respecting turnover of the forty-four (44) boxes of documents at issue in this proceeding. In the event no statement is filed by the Federal Bureau of Investigation within fourteen (14) days, Noel West Lane III shall effectuate immediate turnover of the boxes of documents to an independent third-party identified and agreed-upon by Plaintiff and Defendant. Plaintiff and Defendant shall file a notice of selection of the independent third-party within seven (7) days' entry of this order. The deadlines for completion of discovery and filing of dipositive motions shall be extended sixty (60) days from the date the boxes of documents are received by the independent third-party. The extension of discovery shall apply only as enumerated on the record by the Court. The cost of transportation and storage of the boxes of documents shall be borne jointly by Plaintiff and Defendant. The parties shall bear their own costs for the examination and reproduction of the boxes of documents and documents contained therein. Any further requests for additional discovery or extension of discovery deadlines shall be made in compliance with Local Bankruptcy Rule 7026-1. No further orders regarding the above shall enter.

BY THE COURT:
KENNETH S. GARDNER, CLERK


By: ___*William G. Cross*_____
            Deputy Clerk