# UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | | |
|---|---|---|
| In re: | MATTHEW CURTIS WITT | Case No. |
| | | 17-17630-MER |
| | Debtor. | |
| | | Chapter |
| | | 7 |
| | REKON, LLC, | |
| | | |
| | Plaintiff | Adv. Proc. No. |
| | | 17-1548-MER |
| | MATTHEW CURTIS WITT | |
| | | |
| | Defendant | |

## JOINT NOTICE OF SELECTION OF THIRD-PARTY CUSTODIAN

Plaintiff Rekon, LLC ("Plaintiff") and Matthew Curtis Witt ("Defendant") (collectively, the "Parties"), by and through their respective undersigned attorneys, hereby submit this Joint Notice of Selection of Third-Party Custodian of the 44 Boxes of Documents, and state as follows:

1.　On April 10, 2019, the Court ordered the Parties to select a neutral third-party custodian for the 44 Boxes of Documents presently in the possession of Noel West Lane, III. Dkt. 70.

2.　The Parties hereby agree that Centurion Discovery ("Centurion") is an acceptable third-party custodian for the records.

3.　Counsel for Plaintiff has begun making arrangements for Centurion to collect the 44 Boxes of Documents from Mr. Lane, which will be delivered to Centurion's premises, subject to video surveillance, which the Parties shall have equal and simultaneous access to inspect and flag for copying the documents contained therein.

4.　The costs associated with Centurion's storage and surveillance will be shared by the Parties, pursuant to the Court's Order. Dkt. 70. Each party, however,

1

shall bear the costs associated with their respective requests for document copying.

5.      Centurion will provide notice to the Parties upon delivery of the 44 Boxes of Documents, at which time access will be provided for review and inspection, and will thus commence the 60-day extension of the discovery deadline pursuant to the Court's Order. Dkt. 70. Undersigned will provide notice of same to the Court.

Dated: April 17, 2019

Respectfully submitted:

**ALLEN VELLONE WOLF**
   **HELFRICH & FACTOR P.C.**

By: /s/ *Rachel A. Sternlieb*
    Patrick D. Vellone, #15284
    Jordan Factor, #38126
    Rachel A. Sternlieb, #51404
    1600 Stout Street, Suite 1100
    Denver, Colorado 80202
    Tel: (303) 534-4499
    E-mail: pvellone@allen-vellone.com
    E-mail: jfactor@allen-vellone.com
    E-mail: rsternlieb@allen-vellone.com

***Counsel for Plaintiff Rekon, LLC***

**APPEL LUCAS & CHRISTENSEN, P.C.**

/s/ *Shaun A. Christiensen*
Shaun A. Christiensen, #23131
1624 Market St., Ste. 310
Denver, CO 80202
Tel: (303) 297-9800
E-mail: christensens@appellucas.com

***Counsel for Defendant Matthew Curtis Witt***