UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In RE: | ) | Case No. 17-17630 MER |
| | ) | |
| MATTHEW CURTIS WITT, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that on January 31, 2018, I caused a true and correct copy of the following:

**Notice of Appearance and Request for Notice**

**Local Bankruptcy Form 9070-1.1, List of Witnesses and Exhibits**

to be served by electronic means on the parties noted in the Court's ECF system and by FedEx overnight (delivery receipt attached) and electronic mail addressed to:

Noel West Lane III
1060 Ingalls Street
Lakewood, CO  80214
Lane3co@outlook.com

In addition, Debtor's Exhibits A through I for the February 8, 2018 were served by electronic means and by FedEx overnight (delivery receipt attached) addressed to:

Noel West Lane III
1060 Ingalls Street
Lakewood, CO  80214
Lane3co@outlook.com

Dated:  February 1, 2018

/s/ Shaun A. Christensen
Shaun A. Christensen, #23131
APPEL, LUCAS & CHRISTENSEN, P.C.
1624 Market Street, Suite 310
Denver, Colorado 80202
(303) 297-9800 phone
christensens@appellucas.com
*Attorneys for Debtor*

2

**CERTIFICATE OF SERVICE**

 The undersigned certifies that on February 1, 2018, I caused a true and correct copy of the foregoing to be served by electronic means on the parties noted in the Court's ECF system and by U.S. mail, first class, postage prepaid addressed to:

 Noel West Lane III
 1060 Ingalls Street
 Lakewood, CO  80214

            */s/ Candy J. Jones*
            Candy J. Jones
            Paralegal

From: TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
Sent: Thursday, February 01, 2018 9:24 AM
To: Receptionist <Receptionist@appellucas.com>
Subject: FedEx Shipment 771373290720 Delivered

# Your package has been delivered

Tracking # 771373290720

Ship date:
Wed, 1/31/2018

Shaun A. Christensen
Appel, Lucas & Christensen, P.C.
DENVER, CO 80202
US


Delivered

Delivery date:
Thu, 2/1/2018 9:10 am

Noel West Lane III
1060 Ingalls Street
DENVER, CO 80214
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 771373290720 |
| Status: | Delivered: 02/01/2018 09:10 AM Signed for By: Signature not required |
| Reference: | 9331 |
| Signed for by: | Signature not required |
| Delivery location: | LAKEWOOD, CO |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |

1