IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>MATTHEW CURTIS WITT,<br><br>Debtor. | Case No. 17-17630 MER<br><br>Chapter 7 |
| REKON, LLC,<br><br>Plaintiff.<br><br>v.<br><br>MATTHEW CURTIS WITT,<br><br>Defendant. | Adv. Case No. 17-01548 MER |

## ORDER

Noel West Lane III ("**Lane**") requests the Court take judicial notice of three categories of documents pursuant to Federal Rule of Evidence 201, made applicable herein by Federal Rule of Bankruptcy Procedure 9017.[1]

Pursuant to Rule 201(c)(2), the Court must, in certain circumstances, take judicial notice upon request of any party. Here, Lane is not a party. Specifically, on May 3, 2019, Lane filed a motion to intervene herein pursuant to Federal Rule of Civil Procedure 24,[2] which the Court denied in a lengthy written opinion entered June 3, 2019. Because Lane is not a party to this adversary proceeding, he is without standing to bring the Motion for Judicial Notice.

For the foregoing reasons the Motion for Judicial Notice is DENIED.

Dated March 31, 2020

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court

---

[1] ECF No. 109 ("**Motion for Judicial Notice**").

[2] ECF No. 76.